IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  16-cv-01448-RBJ | Date:  August 18, 2016 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| SHERRY RIX  **Plaintiff** | *Pro Se* |
| v. | |
| UNIVERSITY OF COLORADO HEALTH  **Defendants** | *Elizabeth Chilcoat*  *Raymond Deeny* |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:  1:29 p.m.

Appearance of counsel.

Discussion held on claims and status of the case.

**ORDERED:  [5] Motion to Dismiss is DENIED.**

> **The correct name of the defendant is University of Colorado Hospital Authority and shall be substituted for University of Colorado Health.**

Defense will obtain original documents from EEOC and CCRD and file a Summary Judgment Motion, if needed.

**The Court accepts the proposed limits and deadlines which include:**

Discovery cut-off:  February 19, 2017.

Dispositive motion deadline:  March 21, 2017.

**FOUR DAY JURY TRIAL** is set for **July 10, 2017, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **June 23, 2017, at 1:30 p.m**. in the same courtroom location.

**Proposed Scheduling Order was approved and entered with interlineations made by the court.**

The Court will start the process to see if a volunteer attorney will represent the plaintiff.

**ORDERED:  [11] Motion for the Court's Review of the Defense Counsel's Possible Misleading Information of Their D.B.A. Names & Possible Fraudulent Affidavit's & Letters is DENIED.**

Court in Recess:  2:40 p.m.            Hearing concluded.            Total time in Court:  01:11